McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-07-025 WBS |
| ) | |
| Plaintiff, ) | MOTION TO WITHDRAW DETENTION |
| v. ) | REQUEST AND ORDER |
| ) | |
| JASON TUAN HOANG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter came before the Honorable Kimberly J. Mueller on February 5, 2007 for arraignment on the indictment.  The United States moved for detention of the defendant, and the matter was set for hearing on February 12, 2007, with the conditions of release set by the Magistrate Judge in the Northern District of California to remain in place until the date of the detention hearing.

    The United States moves to withdraw its request for detention and asks the Magistrate Judge to impose the same conditions of release as imposed by the Magistrate Judge in the Northern District before the defendant was transferred here on the indictment.  Any deeds of trust which were filed to secure

the bail imposed in the Northern District should be re-filed, however, to secure release in the above captioned case, to ensure that there is security for the bail in the Eastern District of California.

Counsel for the United States has consulted with counsel for defendant Hoang, who concurs in continuing the conditions of release set by the Magistrate Judge in the Northern District.

The case should be further continued to March 12, 2007 for status before the Honorable William B. Shubb, and time excluded under the Speedy Trial Act due to complexity and needs of counsel to prepare. There were seven houses searched in this case and over 5,000 marijuana plants seized. There are hundreds of pages of photographs and other discovery in this case.

Dated: February 6, 2007

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                         /s/ Robert M. Twiss
                             By:_____
                                      ROBERT M. TWISS
                                       Assistant U.S. Attorney

ORDER

IT IS SO ORDERED. The hearing scheduled on the government's motion for detention for February 12, 2007 is vacated and the conditions of release imposed by the Magistrate Judge in the Northern District are continued as the conditions of release in this district. Any deeds of trust which have been filed to secure bail with a Northern District docket number will be re-filed to secure bail in the Eastern District docket number.

/////

       Time is excluded under the Speedy Trial Act until March 12, 2007 due to complexity and the needs of counsel [Local codes T2/T4] for the reasons set forth above.  The public's need for a trial within 70 days is overcome by the needs of counsel to prepare.

Dated: February 9, 2007.

_____
U.S. MAGISTRATE JUDGE