MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jason Hoang

FILED

MAY 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JASON TUAN HOANG, et seq,<br><br>            Defendant. | Case No.: 2:07-CR-00025 EJG<br><br>MOTION TO MODIFY CONDITIONS OF RELEASE, STIPULATION AND ORDER |

Defendant Jason Tuan Hoang has been allowed to stay free from custody under certain conditions. Among those conditions is that Mr. Hoang be monitored electronically.

Mr. Hoang is monitored out of the Northern District of California as he lives in San Francisco. Mr. Hoang's pretrial release officer is Richard Charlotte. Mr. Charlotte, on behalf of Pretrial Release Services, recommends that Mr. Hoang be released from the condition of electronically monitoring.

Counsel for Mr. Hoang has consulted with Counsel for the Government, Mr. Twiss, Assistant U.S. Attorney, who concurs and stipulates that the removal of the electronic monitoring condition for Mr. Hoang is appropriate.

//

//

Dated: April 20, 2007

                                The CHASTAINE LAW OFFICE

                                By:   /s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for Jason Hoang

McGREGOR W. SCOTT
United States Attorney

                                By:   /s/ Robert M. Twiss
                                        ROBERT M. TWISS
                                        Assistant U.S. Attorney

                            ORDER

    IT IS SO ORDERED. The Conditions of release for JASON TUAN HOANG are modified to delete the requirement that Mr. Hoang be electronically monitored by Pretrial Release of the Northern District.

Dated: April _8_, 2007                /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       United States Judge