MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jason Hoang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON TUAN HOANG,<br><br>    Defendant. | Case No.: 2:07-CR-00025 EJG<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |

Defendant Jason Tuan Hoang has two cases pending.  The first is the case referenced above.  That matter has been resolved pursuant to a plea agreement and is currently set for Sentencing January 9, 2009 at 10:00 am.

The second is a case out of the Northern District involving credit cards.  That case has been transferred to the Eastern District pursuant to Rule 20 under case number 2:08 CR 0581 JAM.  A Notice of Related Cases and transfer to Judge Garcia is being prepared under separate filing. As the result of negotiations between the various parties, a global settlement has been reached.  However, the plea agreement has not yet been finalized and additional time is needed to enter a plea in case 2:08 CR 0581 JAM.

The Rule 20 transfer has been anticipated for some time.  As a result, it was agreed between the parties and Probation Officer Teresa Hoffman that Mr. Hoang would not be interviewed until a plea had been entered into both cases.  Therefore Mr. Hoang has not yet been interviewed by probation.  It is anticipated that Mr. Hoang will change his plea in case 2:08 CR 0581 JAM on February 4, 2009.

All parties agree and stipulate that it would be appropriate to continue the currently scheduled sentencing from January 9, 2009 at 10:00 a.m. to March 27, 2009 at 10:00 a.m. with the following proposed schedule:

| | |
|---|---|
| Judgment and Sentencing date | March 27, 2009 @ 10:00am |
| Motion for Correction of the presentence report shall be filed with the court and served to probation officer and opposing counsel not later than: | March 20, 2009 |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | March 13, 2009 |
| Counsel's written objections to the presentence Report shall be delivered to the probation Officer and opposing counsel no later than: | March 6, 2009 |
| The proposed presentence report disclosed to Counsel no later than: | February 20, 2009 |

Dated: January 5, 2009

                                        The CHASTAINE LAW OFFICE

                                        By: _____/s/ Michael Chastaine
                                              MICHAEL CHASTAINE
                                              Attorney for Jason Hoang

McGREGOR W. SCOTT
United States Attorney

By: ____/s/ Heiko Coppola

                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the Judgment and Sentencing scheduled for January 9, 2009 at 10:00 a.m. is continued to March 27, 2009 at 10:00 a.m. and that the period from January 9, 2009 to March 27, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS ALSO ORDERED that the following proposed schedule is adopted:

Judgment and Sentencing date                    March 27, 2009 @ 10:00am

Motion for Correction of the presentence report shall be filed with the court and served to probation officer and opposing counsel not later than:                    March 20, 2009

The presentence report shall be filed with the Court and disclosed to counsel no later than:                    March 13, 2009

Counsel's written objections to the presentence Report shall be delivered to the probation Officer and opposing counsel no later than:                    March 6, 2009

The proposed presentence report disclosed to Counsel no later than:                    February 20, 2009

Dated: January 6, 2009                    /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States Judge