MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jason Hoang

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:07-CR-00025 EJG |
| Plaintiff, | )<br>)<br>) | STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |
| v. | )<br>) | |
| JASON TUAN HOANG, | )<br>) | |
| Defendant. | )<br>) | |

Defendant Jason Tuan Hoang has two cases pending.  The first is the case referenced above.  That matter has been resolved pursuant to a plea agreement and is currently set for Sentencing January 9, 2009 at 10:00 am.

The second is a case out of the Northern District involving credit cards.   That case has been transferred to the Eastern District pursuant to Rule 20 under case number 2:08 CR 0581 JAM.  A Notice of Related Cases and transfer to Judge Garcia is being prepared under separate filing. As the result of negotiations between the various parties, a global settlement has been reached.  However, the plea agreement has not yet been finalized and additional time is needed to enter a plea in case 2:08 CR 0581 JAM.

The Rule 20 transfer has been anticipated for some time.  As a result, it was agreed between the parties and Probation Officer Teresa Hoffman that Mr. Hoang would not be interviewed until a plea had been entered into both cases.  Therefore Mr. Hoang has not yet been interviewed by probation.  It is anticipated that Mr. Hoang will change his plea in case 2:08 CR 0581 JAM on February 4, 2009.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

All parties agree and stipulate that it would be appropriate to continue the

currently scheduled sentencing from January 9, 2009 at 10:00 a.m.  to March 27, 2009 at

10:00 a.m. with the following proposed schedule:

| | |
|---|---|
| Judgment and Sentencing date | March 27, 2009 @ 10:00am |
| Motion for Correction of the presentence report shall be filed with the court and served to probation officer and opposing counsel not later than: | March 20, 2009 |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | March 13, 2009 |
| Counsel's written objections to the presentence Report shall be delivered to the probation Officer and opposing counsel no later than: | March 6, 2009 |
| The proposed presentence report disclosed to Counsel no later than: | February 20, 2009 |

Dated: January 5, 2009

The CHASTAINE LAW OFFICE


By: _____/s/ Michael Chastaine
      MICHAEL CHASTAINE
      Attorney for Jason Hoang


McGREGOR W. SCOTT
United States Attorney

By: ____/s/ Heiko Coppola


      HEIKO COPPOLA
      Assistant U.S. Attorney

2

1

2                                             ORDER

3          GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

4          IT IS HEREBY ORDERED that the Judgment and Sentencing scheduled for January 9,

5   2009 at 10:00 a.m. is continued to March 27, 2009 at 10:00 a.m. and that the period from January

6   9, 2009  to March 27, 2009 is excludable from calculation under the Speedy Trial Act pursuant

7   to 18 U.S.C. §3161(h)(8)(A).

8          IT IS ALSO ORDERED that the following proposed schedule is adopted:

9   Judgment and Sentencing date                    March 27, 2009 @ 10:00am

10
        Motion for Correction of the presentence
11      report shall be filed with the court and served
        to probation officer and opposing counsel not
12      later than:                                  March 20, 2009

13
        The presentence report shall be filed with the
14      Court and disclosed to counsel no later than:  March 13, 2009

15
        Counsel's written objections to the presentence
16      Report shall be delivered to the probation
        Officer and opposing counsel no later than:   March 6, 2009
17

18
        The proposed presentence report disclosed to
19      Counsel no later than:                        February 20, 2009

20

21

22  Dated: January 6, 2009                  /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
23                                          United States Judge

24

25

26

27

28

3