**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                               RE:    **Jason HOANG
Docket Numers:  2:07CR00025-05 and
2:08CR00581-01
CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested the above-referenced case be continued from May 8, 2009, to June 26, 2009, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Docket No. 2:08CR00581 was transferred in from the Northern District of California.  During the presentence investigation, the parties realized the mandatory victim notification had not yet been accomplished.  The Victim Witness Programs in the two districts are now working together to complete these notifications and allow time for responses to be included in the presentence report.  All parties agree a continuance is appropriate.

1

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Teresa C. Hoffman
**Teresa C. Hoffman**
**United States Probation Officer**

**REVIEWED BY:**   /s/ Karen A. Meusling
**Karen A. Meusling**
**Supervising United States Probation Officer**

Dated: April 13, 2009
Sacramento, California
TCH:tch

Attachment

cc:   Clerk, United States District Court
Heiko Coppola, Assistant United States Attorney
Michael L. Chastaine, Defense Counsel


  XX  **Approved**        /s/ Edward J. Garcia                    4/14/09
              **EDWARD J. GARCIA**
              **Senior United States District Judge         Date**
      **Disapproved**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Numbers:   2:07CR00025-05 |
| | 2:08CR00581-01 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Jason HOANG** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/26/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/19/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/12/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/05/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/22/2009 |